AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

MOSHE BENJAMIN LEVI,
BRADLEY BEAUGE (a/k/a "BRADLEY MOORE"),
and KYON JAMES,

*Defendant(s)*

Case No. 26-MJ-8200-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2023 in the county of Middlesex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1956(h)<br>18 U.S.C. § 1349 | Money laundering conspiracy (LEVI, BEAUGE, and JAMES), wire fraud conspiracy (LEVI) |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Michael Jankowiak

❒ Continued on the attached sheet.

Michael Jankowiak /by Paul G. Levenson
*Complainant's signature*

Michael Jankowiak, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2026

*Judge's signature*

City and state: Boston, Massachusetts

Honorable Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*