## AFFIDAVIT

I, Michael Jankowiak, being duly sworn, state as follows:

1. I have been a Special Agent of the Federal Bureau of Investigation ("FBI") since October 2023. I am assigned to the FBI Boston Field Office's Financial Crimes Squad, where I investigate money laundering, wire fraud, mail fraud, and bank fraud, among other federal criminal offenses. I graduated from the FBI Academy in Quantico, Virginia, where I received extensive training in conducting criminal investigations. Before becoming an FBI Special Agent, I worked as an FBI Forensic Accountant and as an external auditor in public accounting. I am a Certified Public Accountant and a Certified Fraud Examiner.

2. I submit this affidavit in support of an application for a criminal complaint charging MOSHE BENJAMIN LEVI, BRADLEY BEAUGE (a/k/a "BRADLEY MOORE"), and KYON JAMES (together "the Target Subjects") with money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and LEVI with wire fraud conspiracy, in violation of 18 U.S.C. § 1349, and for warrants to arrest LEVI, BEAUGE, and JAMES.

3. The facts contained in this affidavit are derived from my personal observations and investigation, my review of records, my training and experience, and information and analysis obtained from other agents and witnesses. This affidavit is submitted for the sole purpose of establishing probable cause for the requested complaint and arrest warrants and does not include everything that I know about the investigation.

## OVERVIEW

4. As set forth below, based on the investigation to date, LEVI, Co-conspirator 1 ("CC-1"), Co-conspirator 2 ("CC-2"), Co-conspirator 3 ("CC-3"), Co-conspirator 4 ("CC-4") and others executed a deed fraud scheme by:

a. identifying vacant and unencumbered real properties in Massachusetts and elsewhere that were owned by individuals who lived out of state ("the Subject Properties");

b. establishing email and internet telephony accounts and obtaining fake identifications, including driver's licenses and passports, all in the names of the Subject Properties' owners;

c. impersonating the record owners of the Subject Properties in order to trick real estate professionals into listing the Subject Properties for sale;

d. negotiating the sale of the Subject Properties to unsuspecting buyers through the real estate professionals;

e. enlisting real estate attorneys to close on the sales of the Subject Properties;

f. deeding the Subject Properties to the unsuspecting buyers in exchange for payment; and

g. communicating using messaging applications in furtherance of the scheme.

5. Additionally, the Target Subjects, CC-1, CC-2, and others entered into a money laundering conspiracy by:

a. conducting financial transactions involving the proceeds of the fraudulent sale of Subject Properties, including by check and wire transfer, through individual and corporate bank accounts that the Target Subjects controlled, with the intent to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds;

b. knowing that the funds involved the financial transactions were the proceeds of some form of unlawful activity;

c. sharing the fraudulent proceeds among the Target Subjects and others; and

d. communicating using messaging applications in furtherance of the

conspiracy.

6. In this fashion, since approximately June 2023, LEVI, BEAUGE, JAMES, CC-1, CC-2, CC-3, CC-4, and others coordinated the fraudulent sale of four Subject Properties and/or shared in illegal proceeds of approximately $1.5 million.

*The Indiana Subject Property*

7. In June 2023, LEVI, CC-1, and others defrauded Victim 3, a Florida resident, by selling Victim 3's real property located in Carmel, Indiana ("the Indiana Subject Property") without Victim 3's knowledge or permission.

8. According to an attorney who handled Victim 3's financial affairs, Victim 3 was a lottery winner in the mid-1990s. Victim 3 regularly used the attorney to prepare his/her taxes. After Victim 3 passed away in 2024, the attorney handled the administration of Victim 3's estate for tax purposes. Through that process, the attorney learned for the first time that Victim 3 appeared to have sold the Indiana Subject Property in 2023 without involving the attorney or anyone from the attorney's firm.

9. According to records obtained from Google, on or about May 23, 2023, an email account was established that included Victim 3's name in the address to the left of @gmail.com. That email address was used to communicate and share documents in connection with the sale of the Indiana Subject Property.

10. According to records obtained from Fidelity National Title Services ("FNTS"), on or about June 15, 2023—three weeks after the creation of a Google account in Victim 3's name—a notarized form named LEVI as an attorney in fact for Victim 3, to do all acts with respect to real property in Indiana.

11. According to FNTS records, a closing on the sale of the Indiana Subject Property

took place on June 21, 2023. A master settlement statement from that date indicated that approximately $463,964.39 was due to Victim 3 from the sale of the Indiana Subject Property.

12. According to FNTS records, on or about June 22, 2023, a closing agent wired $463,964.39 to a Truist Bank account in the name of "NBE Real Estate LLC" with an account number ending in 1472 ("the NBE 1472 Account").

13. According to Truist Bank records, more than $400,000 of the proceeds from the sale of the Indiana Subject Property were immediately transferred to other accounts, including:

a. $255,000 to a Navy Federal Credit Union ("NFCU") account in LEVI's name with an account number ending in 4901 ("the LEVI 4901 Account"); and

b. approximately $150,000 to accounts at several banks and credit unions in the names of BEAUGE; BEAUGE's spouse; and businesses controlled by BEAUGE or BEAUGE's spouse. NBE Real Estate LLC, the Florida company that opened the Truist Bank account that received the proceeds of the sale of the Indiana Subject Property, is registered at the same physical address as several other entities in either BEAUGE or BEAUGE's spouse's control.[1]

14. On June 27, 2023, six days after the closing targeting Victim 3's Indiana Subject Property, BEAUGE, LEVI, and CC-1 exchanged the WhatsApp messages below in a group chat named "Texas Money" discussing the transfer of funds via Coinbase to CC-1.

| Date | Sender | Message |
|---|---|---|
| **6/27/23** | CC-1 | Coinbase update |
| **6/27/23** | LEVI | That's Brad department |

[1]According to Florida records, the registered agent for NBE Real Estate LLC is a national business services firm. Truist Bank records for the bank account that received the proceeds of the sale show no individual signatory.

| Date | Sender | Message |
|---|---|---|
| **6/27/23** | CC-1 | @16465356518 whats the update sir |
| **6/27/23** | BEAUGE | Good morning sir<br>I will be arranging now<br>Same Wallet<br>Correct? |

15. In the same WhatsApp group chat among LEVI, BEAUGE and CC-1, BEAUGE asked CC-1 for the correct cryptocurrency address to receive funds:

| Date | Sender | Message |
|---|---|---|
| **6/27/2023** | BEAGUE | @[CC-1] bro I need the pasted address |
| **6/27/2023** | BEAGUE | Not just image |
| **6/27/2023** | BEAGUE | Fast |
| **6/27/2023** | CC-1 | Ok |
| **6/27/2023** | CC-1 | 0x5eb[redacted] |

16. BEAUGE and CC-1 then discussed a lie that BEAUGE told his bank to get the funds to clear through to Coinbase:

| Date | Sender | Message |
|---|---|---|
| **6/27/2023** | BEAUGE | Coinbase for some reason rejected the wire from the bank. I called the bank and they said everything is ok they just wanted to know why I was wiring to coinbase everyday |
| **6/27/2023** | CC-1 | Did u sort this out? |
| **6/27/2023** | BEAUGE | I just explained I did. I told them I invest in bitcoin. |

17. Between June 27, 2023 and June 28, 2023, BEAUGE and CC-1 continued to exchange messages regarding the status of wires from various bank accounts that BEAUGE controlled, including an account at Truist Bank, into Coinbase accounts that BEAUGE also controlled. BEAUGE also periodically sent CC-1 tabulations of the total funds he sent into his Coinbase account and on to CC-1's Coinbase account:

| Date | Sender | Message[2] |
|---|---|---|
| **6/27/2023** | BEAUGE | $11,400 sent today so far. I'll send about 12k more then start it at 40k tomorrow if I can |
| **6/28/2023** | BEAUGE | *hey bro hey whats up man alright so heres where we at. The 20k from yesterday was just sent to processing so that's gonna be in there soon. I also did another 7500 dollars which im waiting to reflect im gonna show you the time that I did it and im gonna show you the time that it enters. So these people can see that it's not me delaying i can send a wire to coinbase i cannot control the time that it reflects in coinbase. Also for this account Truist bank said that online or over the phone, which is how I've been doing it over the phone, the wire maximum is 25 a day. If i want to do 40 if i wanna do unlimited amount i have to come in which im not gonna do. So thats where we at bro i'm gonna send you the screenshots once it reflects in coinbase* |
| **6/28/2023** | BEAUGE | There are all accounts for land and BEC. We can add Moshe Levi or whomever as needed. |
| **6/28/2023** | BEAUGE | So in total have sent<br><br>30k Monday<br><br>12k yesterday<br><br>$9800 today with 17k remaining.<br><br>Tomorrow Friday 25k so forth |

[2] Messages displayed in *italics* are my draft transcriptions of WhatsApp audio messages. The transcriptions are not verbatim, but instead seek to substantially memorialize and convey the content of the underlying audio messages exchanged between the Target Subjects.

| Date | Sender | Message[2] |
|---|---|---|
| | | |
| **6/29/2023** | BEAUGE | Monday- $31,000<br><br>Tuesday - $12,000<br><br>Weds- $7500+$2300+650=$10450<br><br>Thursday- $16,000<br><br>Total: $69,450 |
| **6/29/2023** | CC-1 | So from what was discussed on the phone,<br><br>1. no wires at the moment till Moshe enters with his ID<br>2. Debit Card works for now<br>3. Lock was placed cos of failed wires |
| **6/30/2023** | BEAUGE | $75,450 |
| **7/2/2023** | BEAUGE | $77,330 paid to date $1880 today boss |
| **7/3/2023** | BEAUGE | $78,100 paid to date $770 today |
| **7/3/2023** | BEAUGE | $79,010 paid to date $1680 paid today |
| **7/3/2023** | BEAUGE | $80,015 paid. |
| **7/8/2023** | BEAUGE | $500 so $83,183 paid to date |

18. Based on the investigation to date; the timing of these communications days after the closing on the Indiana Subject Property; BEAUGE's reference to Truist Bank; and BEAGUE's unwillingness to go into a branch to make transfers to Coinbase ("*i have to come in which im not gonna do*"), there is probable cause to believe that BEAUGE controlled the Truist Bank account to which the proceeds from the sale of the Indiana Subject Property were sent.

19. According to records from Coinbase, forensic cryptocurrency tracing, and records from Binance, approximately $72,000 was sent from a Coinbase account in the name of

BEAUGE's spouse to CC-1's Binance account between June 26, 2023 and July 11, 2023. According to Binance, CC-1's account received a total of approximately $81,000 during the same timeframe.

*LEVI's Disposition of Proceeds from the Sale of the Indiana Subject Property*

20. As noted above, on June 22, 2023, $255,000 was wired from the NBE 1472 Account to the LEVI 4901 Account.

21. On that date, the balance in the LEVI 4901 account was $0.00.

22. Between June 22, 2023 and July 28, 2023, LEVI spent the funds in the following approximate amounts:

a. $49,800 at Kurpi's Center for Advanced Dentistry, a business located in Ridgewood, New Jersey;

b. $35,000 paid to benefit LEVI, including transfers among NFCU accounts and credit card and loan payments in LEVI's name;

c. a $27,500 check to Complete Auto Solutions, a business located in Lewisville, Texas;

d. a $22,600 electronic payment to Kian Motors, a business located in Plano, Texas;

e. 19,000 paid to the benefit of Individual 1, the mother of LEVI's child;

f. $16,000 transferred to CC-4;

g. $15,000 transferred to an account in the name of Rechos LLC, an account controlled by BEAUGE's spouse; and

h. $8,000 transferred to LEVI's daughter, a Massachusetts resident.

23. In August 2023, shortly after the fraudulent sale of the Indiana Subject Property, JAMES and LEVI exchanged messages on WhatsApp in which JAMES asked LEVI to "send that real estate hook up" and LEVI responded with a description of the deed fraud scheme described in this affidavit and a reference to BEAUGE (*i.e.*, "Baba brad") and a check from Truist Bank, the same bank that initially received the proceeds from the sale of the Indiana Subject Property.

| **Date** | **Sender** | **Message** |
|---|---|---|
| 8/14/2023 | JAMES | Got em waiting to hear from e send that real estate hook up |
| 8/14/2023 | LEVI | You will need to spend some time to research for vacant lands<br><br>After getting a vacant land, get info about he owner, his address, amount purchased, tax history, etc<br><br>Then you create an email and register a google voice number<br><br>Then act as owner |
| 8/14/2023 | LEVI | Baba brad said he has open BOA for the check from Truist |

*The Massachusetts Subject Property*

24. In August 2024, Victims 4 and 5, a married couple, reported to the FBI that they had been the victims of a property scam in which someone impersonated Victim 5 to fraudulently sell their property located in Concord, Massachusetts ("the Massachusetts Subject Property").

25. Real property records indicate that the Concord Property was sold on or in May 2024, for approximately $525,000.

26. According to records obtained from a real estate brokerage that listed the Concord Property for sale, on or about October 12, 2023, an exclusive listing agreement was digitally signed between the brokerage and an individual purporting to be Victim 5.

27. According to database checks, the IP address used to digitally sign the exclusive listing agreement with the brokerage in Victim 5's name resolved to Nigeria.

28. According to brokerage records, the listed sale price for the Massachusetts Subject Property was initially $699,900.

29. On October 12, 2023, the same date that the exclusive listing agreement was signed, CC-1 sent a group WhatsApp message to LEVI and BEAUGE:

| **Date** | **Sender** | **Message** |
|---|---|---|
| 10/12/2023 | CC-1 | @~ABM please do you have any crypto account that has cashed out before. Something large, I go a guy wanting to do 500k but he needs proof of previous cashout |

30. Between October 2023 and May 2024, CC-2 used a Google Voice phone number and phony email address to impersonate Victim 5 in communications with a Massachusetts-based realtor and real estate attorney.

31. The IP Addresses used to log into the Google Voice number and email address both resolved to Nigeria.

32. Between February 8, 2024, and February 12, 2024, CC-2 exchanged several emails with the real estate attorney to discuss the delivery of deed documents and a Power of Attorney.

33. Initially, CC-2 and the realtor agreed to send the documents via FedEx to a post office box in Quincy, Massachusetts.

34. According to records from FedEx, a Nigeria-based IP address checked the FedEx tracking number for the package the realtor sent to Quincy.

35. On February 13, 2024, the realtor advised CC-2 that the FedEx package could not be delivered to a post office box. The real estate attorney asked CC-2 to provide a different address to which the FedEx package containing transactional documents could be delivered.

36. On February 14, 2024, the real estate attorney requested proof of identity from CC-2 (*i.e.*, proof that the realtor was communicating with Victim 5).

37. Between February 14, 2024 and February 15, 2024, CC-2 responded to the real estate attorney by email as follows:

a. "You can have [the package] sent to this address [Street Number, Street Name, Apartment Number,] Dallas TX 75287" ("the Dallas Address");

b. "Attached is a copy of my driver license and passport"



38. I have reviewed a photo of Victim 5's actual passport. The passport and driver license presented by CC-2 by email includes the correct date of birth and physical address information for Victim 5 but does not contain an image of Victim 5. The passport that CC-2 submitted also contains the incorrect place of birth for Victim 5. Additionally, according to an August 2024 email from a title insurance company, a common red flag that the title insurance company often sees when identifying real estate fraud involves a driver's license picture that exactly matches the passport picture (which would not typically be possible since driver's license pictures are taken at motor vehicle registries while passport photographs are purchased or taken elsewhere).

39. According to records obtained from the apartment complex located at the Dallas Address, the apartment that was to receive documents from the realtor related to the Massachusetts Subject Property was rented to both LEVI and the mother of his child, who received $19,000 from the proceeds of the sale of the Indiana Subject Property. Records from the Dallas apartment complex also indicate that LEVI resided at the Dallas Address through February 20, 2024.

40. The residential subscriber address for LEVI's cell phone account lists the street address (but not the apartment number) of the Dallas Address.

41. From February 15, 2024 through February 17, 2024, multiple Nigeria-based IP addresses checked the FedEx tracking number associated with the new package the realtor sent to the Dallas Address.

42. According to FedEx records, on February 17, 2024, the FedEx package was delivered to the Dallas Address at approximately 10:27 a.m.

43. Also on February 17, 2024, at approximately 2:00 p.m., the police in Frisco,

Texas (a suburb of Dallas) arrested LEVI on suspicion of identity fraud.

44. On February 20, 2024, shortly after LEVI's arrest, CC-2 emailed the Massachusetts real estate attorney explaining that Victim 5 needed the documents to be sent again via email:

> Attached in this email is a copy of the documents that I received on Saturday. I had plans on going to get them notarized today as I couldn't do it yesterday because it was a public holiday. I just woke up this morning to find out my dog had messed up the docs. Kindly send me the soft copy let me print them out and get it notarized today.
>
> If possible, also attach the return label again.

45. Based on the investigation and my training and experience investigating financial frauds, there is probable cause to believe that CC-2 requested that the realtor re-send the documents because, by virtue of LEVI's arrest, CC-2 no longer had access through LEVI to the documents that had been sent to the Dallas Address.

46. By May 2024, CC-2 tricked the realtor into deeding the Massachusetts Subject Property to a buyer.

47. On May 9, 2024, CC-2 emailed the realtor asking:

> "Alright [real estate attorney's first name], when the check is ready, kindly notify me so I provide an address to receive it"

48. On May 10, 2024, CC-2 provided the real estate attorney with an address of a FedEx Store in Philadelphia, Pennsylvania.

49. On the same date, the real estate attorney sent by FedEx a check totaling $496,274.35 (representing the seller's proceeds from the sale of the Massachusetts Subject Property) to the Philadelphia address that CC-2 had provided.

50. Between May 13 and May 15, 2024, multiple Nigeria-based IP Addresses checked the FedEx tracking number for the package containing the proceeds from the closing.

51. On May 30, 2024, the $496,274.35 check was deposited into a Charles Schwab account that was opened in Victim 5's name on or about May 24, 2024.

52. Between June 11 and June 17, 2024, the entirety of the proceeds deposited into the Charles Schwab account were depleted via checks payable to individuals in the Philadelphia, Pennsylvania area.

*The Georgia Subject Property*

53. In April 2024, JAMES, LEVI, and BEAUGE received and laundered funds associated with the fraudulent sale of a property located in Savannah, Georgia (the "Georgia Subject Property").

54. Witness 1 was a Georgia-based attorney who represented the buyer of the Savannah Property.

55. According to Witness 1, the purported seller of the Georgia Subject Property was an individual ("CC-3") who purported to represent an entity controlled by Victims 1 and 2, two prominent local attorneys.

56. CC-3 facilitated the sale of the Georgia Subject Property remotely. CC-3 communicated with Witness 1 and Witness 1's employees by email and phone.

57. At the direction of CC-3, Witness 1 caused the net proceeds from the sale of the Georgia Subject Property of approximately $69,245.13 to be wired to a business bank account controlled by JAMES in Massachusetts.

58. Witness 1 learned that the sale of the Georgia Subject Property was fraudulent when Victims 1 and 2 (and a lawyer representing them) contacted Witness 1.

59. According to a post-closing checklist and bank records for the Georgia Subject Property sale, the bank wired the sellers' proceeds of $69,245.13 for the benefit of

KLJ REAL ESTATE AND LANDSCAPING LLC
[REDACTED]
DORCHESTER, MA 02124

60. The beneficiary account for the wire from Witness 1's IOLTA Account was at Digital Federal Credit Union ("DFCU") with an account number ending in 1825 ("the DFCU 1825 Account"). A note on the wire stated, "Seller Proceeds 8093JW-A – [Address of Georgia Subject Property] – Seller Proceeds".

61. According to DFCU records, JAMES opened the DFCU 1825 Account on or about October 25, 2021. Account opening documents stated that the business was involved in "landscaping property preservation" and that the actual goods sold or services provided were "landscaping, snow removal, property preservation." The business structure of the organization was listed as "Sole Member LLC." At account opening, the total monthly incoming wires were expected to be between $10,000 and $20,000, and the total monthly outgoing wires were expected to be $0. In DFCU's records, JAMES is listed as the only beneficial owner and controlling person for the DFCU 1825 Account.

62. According to the Montana Secretary of State, KLJ Real Estate and Landscaping LLC—the beneficiary of the fraudulent wire of the proceeds from the sale of the Georgia Subject Property—was incorporated as a domestic limited liability company on or about December 7, 2020 in the State of Montana.

63. DFCU records show the receipt of $69,245.13 into the DFCU 1825 Account on April 15, 2024.

64. In the following days, the DFCU 1825 Account was emptied through ATM cash withdrawals, debit card purchases, and—most significantly—a $65,600 domestic wire transfer to the LEVI 4901 Account that occurred on or about April 16, 2024.

65. Before the LEVI 4901 Account received JAMES' wire, LEVI sent the following messages to JAMES over WhatsApp:

| Date | Sender | Message |
|---|---|---|
| 4/15/2024 | LEVI | Bro time is of the essence funds must be moved out asap |
| 4/16/2024 | LEVI | *Bro whats good man you got these dudes blowing my phone up I'm at work and you know how this game is dudes don't respond they get ghosts and quiet automatically they think it's a rip. And you're like yo I thought we was supposed to be working together where's your nephew…I'm like I have no idea man. I'm doing my best to reach out to him and he's not responding. I don't know. Say something man, say something.* |
| 4/16/2024 | LEVI | *Yo neph this is not looking good bro. You have been MIA the whole day now. Dudes are getting concerned. What's going on?* |

66. As stated above, a wire in the amount of $65,600 was sent from JAMES to the LEVI 4901 Account on April 16, 2024. The memo associated with the JAMES-to-LEVI wire falsely stated, "construction costs." JAMES and LEVI exchanged the following messages after the wire was sent on April 16, 2024:

| Date | Sender | Message |
|---|---|---|
| 4/16/2024 | JAMES | 6[XXXX]31K<br>1[XXXXX]denzelJ$ |
| 4/16/2024 | JAMES | *That's the username and password. I'm about to start work. I get off at 9. Worst case scenario if we can't do the uh if bro can't finagle the thing I'll just try it ASAP before school* |
| 4/16/2024 | LEVI | *You're not going to be able to send that through CashApp if that's-if that's what you mean. Hey will it be okay if Brad logs in and do it?* |

67. Based on my training and experience investigating financial crimes and the investigation to date, I believe LEVI asked JAMES whether BEAUGE ("Brad") could log into JAMES' DFCU account to move the proceeds from the fraudulent sale of the Georgia Subject Property. In LEVI's message to JAMES where he mentions "*you got these dudes blowing my phone up… you know how this game is dudes don't respond they get ghosts and quiet automatically they think it's a rip*," I believe that the "they" LEVI is referring to is CC-3 or other unidentified subjects involved in the Target Offenses related to the Subject Georgia Property.

68. According to DFCU records, an iOS (*i.e.*, Apple) device logged into JAMES' DFCU 1825 account on April 15 and 16 from Massachusetts. Also on April 16, a device using the Chrome operating system accessed the DFCU 1825 account several times from Florida (where the New Beginnings Empire, NBE Real Estate, and NBE Brokerage bank accounts are registered). Based on my training and experience investigating financial crimes and the messages between JAMES and LEVI on April 16, there is probable cause to believe BEAUGE accessed the DFCU 1825 account using the login info JAMES shared with LEVI.

69. In the following days, LEVI spent the funds out of the LEVI 4901 Account through debit card purchases, payments on LEVI's credit card balance, Cash App transactions, and transfers to other NFCU account holders, including the following:

| DATE | AMOUNT | PAYEE/TRANSFEREE | NFCU Account |
|---|---|---|---|
| **04/17/2024** | $4,545.43 | [Mother of LEVI's child] | |
| **04/17/2024** | $15,000 | New Beginnings Empire LLC, [a company linked to BEAUGE's spouse] | 7136554107 ("NFCU 4107 Account") |
| **04/17/2024** | $19,000 | KYON JAMES | 7170065150 ("NFCU 5150 Account") |
| **04/18/2024** | $11,761 | Titlemax of Plano, Texas | |
| **4/16/2024** | $5,000 | Revelation Development Corp | 7135184864 ("NFCU 4864 Account") |
| **4/17/2024** | $3,000 | bj Love | BEAUGE Cash App Account (C_scehpgygf) |

Case 1:26-mj-00281-NDJ Document 4 Filed 01/13/26 Page 18 of 22

70. On April 16, 2024, LEVI sent the following WhatsApp messages to JAMES regarding the movement of funds to BEAUGE, JAMES, and himself (described in the table immediately above):

| Date | Sender | Message |
|---|---|---|
| **4/16/2024** | LEVI | *You're getting uh getting 20k to yours and Brads getting uh 20k to him cause I just sent him 3k on um uh CashApp so go head take your nap when you wake up you'll see the funds in your account. Love you bro. Be safe* |
| **4/16/2024** | JAMES | *love you too king* |
| **4/16/2024** | LEVI | *and the max that will let me do the transfer is uh uh 5k so um I'll do 5k in a little bit and uh tomorrow morning I'll wire the rest of it* |
| **4/16/2024** | LEVI | *Yo just to be safe cause I just sent Brad 5k and he's like oh do multiple 5k-5k and I said yo nigga no. I said I'm not going to get the account locked and then I can't do nothing with the money so if you got a few dollars to hold you over til tomorrow morning I'll go in the branch, pull the cash out, and deposit it into your account and it will be there for you before noontime. Alright? Cause I'm going to bed early so I have no problem getting that stuff done. I got both of y'all* |
| **4/16/2024** | JAMES | *Yeah you can do it that way unc don't worry about it. You can do it tomorrow. Um it not like I'm using it tonight anyway and shit um yeah just do it tomorrow to avoid all that. If you can walk in there and grab it and do that and just transfer it like that cause we-we member to member. Just do it that way man.* |

71. On April 17, 2024, JAMES and LEVI exchanged the following messages on WhatsApp regarding JAMES' $19,000 cut of the proceeds from the sale of the Georgia Subject

Property:

| Date | Sender | Message |
| --- | --- | --- |
| **4/17/2024** | LEVI |  |
| **4/17/2024** | JAMES | *Unc that does say 19 right? I know my contacts in-I know I haven't changed my contacts cause of the sleep but that do say 19 instead of 20. I don't know if Navy [FCU] took a fee for it or whatever I don't know.* |
| **4/17/2024** | LEVI | *No it does say 19 but um Brad was saying from the math that uh you had took out he uh did the math I didn't do the math so um let me know if he was incorrect.* |
| **4/17/2024** | JAMES | *I-I mean it wasn't-it wasn't rounded up to 23, it was like 22 and some change but tomato tomato. You know, just open up me a LLC. LLCs like 100 something bucks. Nah but you know what king? Imma uh Imma uh open like two more set them up the right way this time. But whatever man* |
| **4/17/2024** | LEVI (Forwarded Message from BEAUGE) | ***[FORWARDED MESSAGE]***<br><br>*Yeah the math I did was correct cause there was still even after that there was still over 4 and change and uh and uh in the bank* |

*The Tennessee Subject Property*

72. In February 2024, Victim 6, a Tennessee resident, reported to law enforcement personnel that they received a warning that someone was attempting to sell their property in Bristol, Tennessee (the "Tennessee Subject Property").

73. The realtor arranged a meeting in Frisco, Texas for the purported purpose of signing documents that would permit the closing on the sale of the Tennessee Subject Property for approximately $250,000.

74. On February 16, 2024, Victim 6 called the imposter and pretended to be a notary offering services for the closing. The individual who answered the phone stated, "This is Levi," but later corrected his statement to say "This is [Victim 6]."

75. On February 17, 2024, LEVI sent three text messages to CC-1.

76. Also on February 17, 2024, between approximately 2:00 p.m and 3:00 p.m., as noted above, the Frisco Police Department arrested LEVI and charged him with an identity fraud offense. According to police records, LEVI attempted to use Victim 6's identity to sell the Tennessee Subject Property.

77. I have reviewed body camera footage of LEVI's February 17, 2024 arrest. On that footage, LEVI can be observed and heard stating, "I'm still not being told what's going on." LEVI then asks, "What is the fraud." looks at his phone and motions towards the headset that he is wearing and asks, "Can you hear everything they're saying?" LEVI appears to receive instructions into the headset to be able to answer the arresting officer's questions, such as what his Social Security number was. LEVI appears to use his phone throughout his interaction with Frisco PD, as depicted below in the still image from the body camera footage of LEVI's arrest.




## CONCLUSION

78. Based on all of the information described above, there is probable cause to believe that between in or about June 2023 and in or about June 2024, MOSHE LEVI, CC-1, CC-2, CC-3, and CC-4 conspired with each other and others to commit wire fraud, contrary to 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1349.

79. There is similarly probable cause to believe that between in or about June 2023 and in or about June 2024, MOSHE LEVI, BRADLEY BEAUGE (a/k/a "BRADLEY MOORE"), KYON JAMES, CC-1, and CC-2 conspired with each and others to engage in financial transactions involving the proceeds of the wire fraud described above, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the wire fraud, contrary to 18 U.S.C. § 1956(a)(1)(B)(i), in violation of 18 U.S.C. § 1956(h).

, Michael Jankowiak /by Paul G. Levenson

Michael Jankowiak
Special Agent
Federal Bureau of Investigation

SWORN to before me by telephone in accordance with Fed. Rule Crim. P. 4.1

this 13th day of July, 2026.

HON. PAUL G. LEVENSON
United States Magistrate Judge
District of Massachusetts